United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MICHAEL PARTOW,
Plaintiff,

v.

MEHRSA KEYHANI, et al.,
Defendants.

Case No. 25-cv-09368-PHK

**ORDER DISMISSING CASE WITH PREJUDICE**

Re: Dkt. 52

The Court has received Plaintiff's request for dismissal with prejudice. [Dkt. 52]. The Court notes that Plaintiff improperly filed a California Superior Court form request for dismissal. *Id.* The Court is cognizant that a *pro se* Plaintiff's pleadings are liberally construed and afforded the "benefit of any doubt." *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012) (citation omitted). Because Plaintiff is *pro se*, the Court treats this request as a motion for dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(2). No opposition has been filed, and the deadline for filing an opposition has passed. *See* Civil L. R. 7-3(a). Accordingly, the Court **GRANTS** the motion to dismiss and **DISMISSES** this case **WITH PREJUDICE**.

This **RESOLVES** Dkt. 52.

**IT IS SO ORDERED.**

Dated: November 5, 2026

PETER H. KANG
United States Magistrate Judge